1  JASON M. FRIERSON
   United States Attorney
2  District of Nevada
   Nevada Bar Number 7709
3  DAVID KIEBLER
   Assistant United States Attorney
4  501 Las Vegas Boulevard South
   Las Vegas, Nevada 89101
5  702-388-6336 (phone)
   702-388-5087 (fax)
6  david.kiebler@usdoj.gov
   *Attorney for the United States of America*

FILED _____    RECEIVED _____
ENTERED _____    SERVED ON _____
COUNSEL/PARTIES OF RECORD

SEP 25 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>VICKEY LAVENE COOPER,<br><br>          Defendant. | **CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-0216-GMN-BNW<br><br>**VIOLATIONS:**<br><br>Counts One – Five:<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2) –<br>False Statement in Acquisition of Firearm |

**THE GRAND JURY CHARGES THAT:**

### COUNTS ONE THROUGH FIVE
*False Statement in Acquisition of Firearm*

On or about the dates below, in the State and Federal District of Nevada,

**VICKEY LAVENE COOPER,**

defendant herein, in connection with the acquisition of firearms, as described below, from licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code (the "Dealers"), knowingly made a false and fictitious written statement to each of the Dealers, which statement was intended and likely to deceive each of the Dealers, as to a fact

material to the lawfulness of each such sale of the said firearm to the defendant under chapter 44 of Title 18, in that for Counts 1-5, the defendant did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein the defendant represented she was the actual transferee/buyer of the firearms listed on the form, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearms and was acquiring the firearms on behalf of another person and/or for sale to a third party:

| COUNT | DATE | DEALER (federal firearm licensee) | FIREARM |
|---|---|---|---|
| 1 | 09/09/2021 | Bargain Pawn | 1. Glock-17, 9-mm pistol, SN: BRDM895<br>2. Glock-45, 9-mm pistol, SN: BSBH374 |
| 2 | 11/23/2021 | Second Amendment | 1. Glock-30, 45-caliber pistol, SN: BVAV271<br>2. Romarm, Mini Draco, 762-caliber pistol, SN: 21PF-8684 |
| 3 | 03/05/2022 | Second Amendment | Glock-23, 40-caliber pistol, SN: AGKE889 |
| 4 | 07/27/2022 | Ventura Munitions | 1. Glock-26, 9-mm pistol, SN: AGBP867<br>2. Glock-32, 357-caliber pistol, SN: BWMX512 |
| 5 | 08/05/2022 | Spartan Arms | 1. Glock-27, 40-caliber pistol, SN: BXMU364<br>2. Glock -22, 40-caliber pistol, SN: BXVD397 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

DATED: this 25th day of September, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

_____
DAVID KIEBLER
Assistant United States Attorney

3