RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
Law Office of the Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Vickey Cooper

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VICKEY COOPER,<br><br>        Defendant. | Case No. 2:24-cr-216-GMN-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and David Kiebler, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Vickey Cooper, that the sentencing hearing currently scheduled for April 8, 2025 at 10:00 a.m., be vacated and set to a date and time convenient to this Court, but no sooner than thirty (30) days.

The Stipulation is entered into for the following reasons:

1.     US Probation needs additional time to complete its presentence investigation and report.

2.     The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 10th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| *By: Brian Pugh*<br>BRIAN PUGH<br>Assistant Federal Public Defender | *By: David Kiebler*<br>DAVID KIEBLER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VICKEY COOPER,<br><br>    Defendant. | Case No. 2:24-cr-216-GMN-BNW<br><br>ORDER |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for April 8, 2025 at the hour of 10:0 a.m., be vacated and continued to May 14, 2025 at the hour of 9:00 a.m.

DATED this 10 day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE